```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
TRUSTEES OF THE NEW YORK CITY         :
DISTRICT COUNCIL OF CARPENTERS        :
PENSION FUND, WELFARE FUND, ANNUITY   :
FUND, and APPRENTICESHIP,             :
JOURNEYMAN RETRAINING, EDUCATIONAL    :
AND INDUSTRY FUND, TRUSTEES OF THE    :
NEW YORK CITY CARPENTERS RELIEF       :
AND CHARITY FUND, the CARPENTER       :
CONTRACTOR ALLIANCE OF                :
METROPOLITAN NEW YORK, and the NEW    :
YORK CITY DISTRICT COUNCIL OF         :
CARPENTERS,                           :
                                      :
                 Petitioners,         :
                                      :    21 Civ. 4587 (VM)
     - against -                      :
                                      :
BARDEN CONTRACTING SERVICES LLC,      :         ORDER
                                      :
                 Respondent.          :
-------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

On October 4, 2021, the Court issued a Decision and Order granting Petitioners' application to confirm an arbitration award. (See Dkt. No. 9.) As of November 16, 2021, no monetary judgment has been entered by the Clerk of the Court. The Clerk of Court is respectfully directed to issue a monetary judgment in favor of Petitioners in accordance with the Court's October 4, 2021 Decision and Order.

**SO ORDERED.**

Dated: New York, New York
       16 November 2021

/s/ Victor Marrero
Victor Marrero
U.S.D.J.

1