**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, the CARPENTER
CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK, and the NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

                        Petitioners,          21 **CIVIL** 4587 (VM)

     -against-                        **JUDGMENT**

BARDEN CONTRACTING SERVICES LLC,

                        Respondent.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated October 4, 2021, and Order dated November 16, 2021, On October 4, 2021, the Court issued a Decision and Order granting Petitioners' application to confirm an arbitration award. (See Dkt. No. 9.) As of November 16, 2021, no monetary judgment has been entered by the Clerk of Court. The Clerk of Court is respectfully directed to issue a monetary judgment in favor of Petitioners in accordance with the Court's October 4, 2021 Decision and Order. The Petition (Dkt. No..1) of Petitioners Trustees of the New York City District Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship Journeyman Retraining, Educational and Industry Fund, Trustees of the New York City Carpenters

Relief and Charity Fund, the Carpenters Contractor Alliance of Metropolitan New York, and the New York City District Council of Carpenters is granted, as follows:

1. Awarding Petitioners $2,154,254.13, as against Respondent, representing the unsatisfied portion of the arbitration award (the "Award") plus interest on this unsatisfied portion from the date of the Award February 22, 2021 through the date of judgment, with interest to accrue at the annual rate of 5.25% in the amount of $83,042.07;

2. Awarding Petitioners $75 in court costs and service fees arising out of the proceeding;

3. Awarding Petitioners $1,472.59 in attorney's fees arising out of the proceeding; and

4. Awarding Petitioners post-judgment interest at the statutory rate. Judgment is entered in favor of Petitioners in the total amount of $2,238,843.79; accordingly, this case is closed.

**Dated:** New York, New York
November 17, 2021

**RUBY J. KRAJICK**
_____
**Clerk of Court**

BY: _____
**Deputy Clerk**